**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-120 |
| | ) | (Phillips) |
| **GREGORY J. BENOIT** | ) | |

## ORDER

For the good cause stated, defendant's motion to continue the status conference in this case [Doc. 17] is **GRANTED.** The status conference is continued to commence at **10:00 a.m. on March 27, 2006.**

The court notes that counsel for defendant has not filed a notice of appearance in this case; nor has he filed a motion *pro hac vice* to represent defendant. Counsel is **DIRECTED** to file his notice of appearance and *pro hac vice* motion prior to the status conference on March 27, 2006.

**ENTER:**

                    s/ Thomas W. Phillips
                  United States District Judge