UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-120 |
| | ) | (Phillips) |
| **GREGORY J. BENOIT** | ) | |

## ORDER

For the good cause stated, defendant's motion for pleading to be placed under seal [Doc. 19] is **GRANTED.**

**ENTER:**

       s/ Thomas W. Phillips
United States District Judge