UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-120 |
| | ) | (PHILLIPS/SHIRLEY) |
| GREGORY J. BENOIT, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the following motions of Defendant Gregory J. Benoit:

(1) Motion To Change Venue [Doc. 39];

(2) Motion To Produce Discovery [Doc. 40];

(3) Motion To Suppress [Doc. 41];

(4) Motion To Quash Indictment Of Conspiracy [Doc. 42];

(5) Motion To Require Production Of Witnesses And Permission
To Take Statements By Phone [Doc. 43]; and

(6) Motion To Enforce Plea Agreement And/Or Injunction From
Further Prosecution [Doc. 44].

1

Counsel for Defendant Benoit has advised the Court that Defendant has entered into a plea agreement and, thus, does not need a hearing on the foregoing motions.  Accordingly, Defendant Benoit's motions [**Docs. 39, 40, 41, 42, 43 and 44**] are **DENIED as moot** without prejudice.

    **IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge